UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | | |
|---|---|---|
| KATRINA EVERSOLE, et al., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 05-124-KSF |
| vs. | ) | |
| | ) | **Electronically Filed** |
| EMC MORTGAGE CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER
AND TO STAY DISCOVERY**

Pursuant to Federal Rules of Civil Procedure 26(c) and 26(d), defendant EMC Mortgage Corporation respectfully moves the Court for an order that it not be required to respond to discovery requests served by plaintiff in violation of the civil rules, and, further, staying all further discovery until the Court has ruled on defendant's motion to dismiss and required an answer to be filed. The grounds for this motion are more fully set forth in the accompanying memorandum of law. A suggested order dismissing the complaint is tendered herewith.

    Respectfully submitted,

    David S. Kaplan
    FROST BROWN TODD LLC
    400 W. Market Street, 32nd Floor
    Louisville, KY  40202-3363
    (502) 589-5400 – P  /  (502) 581-1087 – F
    dkaplan@fbtlaw.com

    John B. Sullivan
    Regina J. McClendon
    SEVERSON & WERSON
    A Professional Corporation
    One Embarcadero Center, 26th Floor
    San Francisco, CA  94111
    (415) 398-3344

    By:   s/David S. Kaplan
        COUNSEL FOR DEFENDANTS

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on June 20, 2005, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system.  I further certify that I mailed the foregoing document by first-class mail to the following:

| | |
|---|---|
| Hon. Robert R. Sparks<br>Parry Deering Futscher & Sparks, P.S.C.<br>411 Garrard Street<br>Covington, KY  41011 | Hon. John A. Yanchunis<br>James, Hoyer, Newcomer & Smiljanich, P.A.<br>4830 W. Kennedy Blvd., Suite 550<br>Tampa, FL  33609 |
| Hon. Mark Fistos<br>James, Hoyer, Newcomer & Smiljanich, P.A.<br>3301 Thomasville Road, A200<br>Tallahassee, FL  32308 | Hon. Steven Jaffe<br>Aronovitz Trial Lawyers<br>Suite 2700, Museum Tower<br>150 W. Flagler Street<br>Miami, FL  33130 |

      By:  s/David S. Kaplan
      *One of Counsel for Defendant*