UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | | |
|---|---|---|
| KATRINA EVERSOLE, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 05-124-KSF |
| | ) | |
| EMC MORTGAGE CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER
AND STAYING DISCOVERY**

This matter is before the Court on defendant EMC Mortgage Corporation's motion for an order that it not be required to respond to certain discovery requests served by plaintiff and staying discovery pending the Court's ruling on defendant's motion to dismiss. Having reviewed the parties' submissions, and being otherwise sufficiently advised,

The Court hereby **ORDERS** that defendant's motion is **GRANTED**. EMC Mortgage Corporation shall not be required to respond to the discovery requests served by plaintiff on May 21, 2005. Further, the Court hereby stays all discovery proceedings until such time as defendant's motion to dismiss is resolved and EMC is required to file an answer.

So ordered this _____ day of _____, 2005.

- 1 -

- 2 -

Tendered by:

  s/David S. Kaplan
David S. Kaplan
FROST BROWN TODD LLC
400 W. Market Street, 32nd Floor
Louisville, KY  40202-3363
(502) 589-5400 – P
(502) 581-1087 – F
dkaplan@fbtlaw.com
*Counsel for Defendant*
*EMC Mortgage Corporation*

LOULibrary 0107610.0532741  468744v.1