## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## AT LEXINGTON

KATRINA EVERSOLE, et al.,                )
                                         )
                   Plaintiff,            )
                                         )
        vs.                              )        Civil Action No.:  05-124-KSF
                                         )
EMC MORTGAGE CORPORATION,                )
                                         )
                   Defendants.           )

## CERTIFICATION OF REGINA J. McCLENDON
## IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY

I, Regina J. McClendon, hereby certify as follows:

1.      I am an attorney with the law firm of Severson & Werson in San Francisco, California.  I have been admitted to appear *pro hac vice* as co-counsel for defendant EMC Mortgage Corporation ("EMC").   In the course of my representation of EMC in this matter, I have had both written and oral communications with plaintiff Katrina Eversole's attorneys of record.

2.      On Saturday, May 21, 2005, Eversole's counsel Mark Fistos served her first request for admissions, for production of documents and written interrogatories.  A true and correct copy of this discovery is attached hereto as Exhibit A.

3.      On May 31, 2005, I wrote to Mr. Fistos and pointed out that the discovery had been served in violation of Rule 26 of the Federal Rules of Civil Procedure, given that the parties had not yet conferred as required by Rule 26(f).   I suggested that we discuss this

further on June 3. A true and correct copy of my May 31, 2005 letter is attached hereto as Exhibit B.

4.     The parties conducted a Rule 16 pre-trial conference on June 3, 2005 by telephone. Present on this call were four attorneys for Eversole (Mark Fistos, Steven Jaffe, John Yanchunis, and Robert Sparks), my co-counsel David Kaplan of Frost Brown Todd LLC, and myself. On this call, Mr. Kaplan and I informed Eversole's counsel of our view that all discovery should be stayed until such time as EMC filed an answer, given that EMC intended to file a motion to dismiss the first amended complaint. Eversole disagreed that discovery should be stayed. Mr. Kaplan and I also reiterated that Eversole's May 21, 2005 discovery requests were premature since they were served prior to the Rule 26(f) conference. In response, Mr. Fistos indicated he would review the applicable legal authorities and let us know whether the discovery would be withdrawn.

5.     Mr. Fistos did not respond, so on June 10, 2005, I wrote to Mr. Fistos and detailed EMC's position regarding discovery. A true and correct copy of my June 10 letter is attached hereto as Exhibit C. Mr. Fistos never responded to this letter.

6.     I attempted again to resolve the dispute as to Eversole's May 21 discovery requests by correspondence to Mr. Fistos on June 16. A true and correct copy of my June 16, 2005 e-mail is attached hereto as Exhibit D. Mr. Fistos never responded to this inquiry.

Dated this 20th day of June 2005.

Regina J. McClendon

# A

**(Excerpted pursuant to ECF procedures –
additional 20 pages available upon request).**

MAY.21'2005 11:46 8503252683          JAMES HOYER                    #3455 P.022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CIVIL ACTION NO. 05-124-KSF

KATRINA EVERSOLE,                                          PLAINTIFF
on behalf of herself and
all others similarly situated,

vs.

EMC MORTGAGE CORPORATION,                                  DEFENDANT

_____/

## PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS, FOR PRODUCTION OF DOCUMENTS AND WRITTEN INTERROGATORIES TO DEFENDANT

Pursuant to Rules 36, 34 and 33 of the Federal Rules of Civil Procedure, Plaintiff, on behalf

of herself and all others similarly situated, propounds the following First Requests for Admissions,

for Production of Documents, and Written Interrogatories, to Defendant EMC Mortgage Corporation

("EMC") each of which is to be answered fully and separately, in writing, and as to the

Interrogatories, under oath, within 30 days of the service of this discovery on Defendant.

Respectfully Submitted,

**JAMES, HOYER, NEWCOMER &**
**SMILJANICH,P.A.**

Mark Fistos
Florida Bar No.: 0909191
3301 Thomasville Rd. A200
Tallahassee, FL 32308

(850)325-2680
Fax(850)325-2681

John A. Yanchunis
Florida Bar No. 324681
4830 W. Kennedy Blvd., Suite 550
Tampa, FL 33609
(813)286-4100
Fax(813)286-4174

**PARRY DEERING FUTSCHER
& SPARKS, P.S.C.**
Robert R. Sparks
411 Garrard Street
Covington, Kentucky 41011
(859) 291-9000
Fax (859) 291-9300

**ARONOVITZ TRIAL LAWYERS**
Steven Jaffe
Florida Bar No.: 390770
Suite 2700 * Museum Tower
150 West Flagler Street
Miami, Florida 33130
(305) 372-2772
Fax (305) 375-0243

Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that on this $\underline{21^{st}}$ day of May, 2005, I caused to be served via facsimile and

email attachment (PDF format) a true and correct copy of Plaintiff's First Requests for Admissions,

for Production of Documents, and Written Interrogatories, upon the below-listed persons.

Mark S. Fistos

David S. Kaplan
**FROST BROWN TODD LLC**
400 W. Market Street, 32nd Floor
Louisville, KY 40202-3363
502-589-5400
502-581-1087 (Fax)

Regina J. McClendon
**SERVERSON & WERSON**
One Embarcadero Center
Suite 2600
San Francisco, CA 94111
415-677-5602
415-956-0439 (Fax)

Counsel for Defendant

3

**B**

# Severson
# &Werson

A Professional Corporation

Regina J. McClendon
Attorney at Law
Direct Line: (415) 677-5602
rjm@severson.com

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Admitted in CA and MT

May 31, 2005

**VIA FACSIMILE ONLY**

Mark Fistos, Esq.
James, Hoyer, Newcomer & Smiljanich, P.A.
3301 Thomasville Road, Suite A-200
Tallahassee, FL 32308

Re:    *Eversole v. EMC Mortgage Corporation*

Dear Mr. Fistos:

This will confirm that the Rule 16 conference will take place this Friday, June 3 at 2:00 p.m. Eastern Time. Given the number of participants, I have taken the liberty of setting up a conference call in number, which is (800) 374-7426. The passcode is 750397.

In addition to the topics set forth in Rule 16, Mr. Kaplan and I would like to discuss with you on Friday the discovery plaintiff served on Saturday, May 21. According to Rule 26(c) of the Federal Rules of Civil Procedure, "a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)." Since that conference has not yet taken place, we believe plaintiff's attempt to conduct discovery at this time is improper.

You also inquired in your e-mail of Friday whether Ms. Eversole would be penalized in some way if her mortgage payment is not received by EMC prior to June 1. According to section 4 of her promissory note, she will not be assessed a late charge unless her payment is more than 15 days late. In addition, EMC does not report payments as late to the credit bureaus unless a payment is 30 days or more late. You also may wish to remind Ms. Eversole that she need not wait for her monthly statement to make her mortgage payments. As explained in EMC's January 6, 2005 letter to her, she can make payments to EMC Mortgage Corporation, P.O. Box 660530, Dallas, Texas 75266-0530 without waiting for her monthly statement. She will need to include her EMC loan number with the payment.

11474/0003/540807.1



**Severson**
**&Werson**
A Professional Corporation

Mark Fistos, Esq.
May 31, 2005
Page 2

I look forward to speaking with you on Friday.

Very truly yours,

Regina J. McClendon

RJM:mcl
cc: David Kaplan, Esq. (via facsimile)
    John A. Yanchunis, Esq. (via facsimile)
    Robert R. Sparks, Esq. (via facsimile)
    Steven Jaffe, Esq. (via facsimile)

**C**



# Severson &Werson

A Professional Corporation

Regina J. McClendon
Attorney at Law
Direct Line: (415) 677-5602
rjm@severson.com

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Admitted in CA and MT

June 10, 2005

## VIA FACSIMILE ONLY

Mark Fistos, Esq.
James, Hoyer, Newcomer & Smiljanich, P.A.
3301 Thomasville Road, Suite A-200
Tallahassee, FL 32308

       Re: *Eversole v. EMC Mortgage Corporation*

Dear Mr. Fistos:

       This will follow up on our conversation of last Friday, in which we discussed, among other things, the discovery plaintiff served on Saturday, May 21. As I pointed out in my May 31 letter and in our June 3 conference, Rule 26(d) of the Federal Rules of Civil Procedure prohibits a party from seeking discovery from any source before the parties have conferred as required by Rule 26(f). Since that conference had not taken place prior to the time the discovery was served, EMC believes the discovery is improper.

       More importantly, however, the discovery is premature. The scope of permissible discovery is framed by the issues raised in the complaint and the defenses asserted in the answer. EMC has challenged the sufficiency of the allegations through its motion to dismiss, and the Court has not yet ruled. If the Court agrees with EMC's argument, there will be little, if anything, left to litigate. In other words, the complexion of this case, and the amount and type of discovery needed to prosecute and defend this case, may change significantly depending on the outcome of EMC's motion. For this reason, embarking on discovery at this early stage— particularly given the burdensome nature of the requests—makes no sense.

       You indicated on our phone call that you were going to review the applicable legal authorities and let me know whether plaintiff agrees or disagrees with EMC's position. Please let me know your position concerning this discovery no later than the close of business this Monday, so that we can evaluate whether we need to seek the Court's assistance on this issue.

JUN-10-2005  09:58      ) SFVERSON WERSON 113                              P.03/03

**Severson**
**&Werson**
A Professional Corporation

Mark Fistos, Esq.
June 10, 2005
Page 2

Thank you for your attention to this matter.

Very truly yours,

*Muigin*

Regina J. McClendon

RJM:mcl
cc: David Kaplan, Esq. (via facsimile)

TOTAL P.03

# D

## Kaplan, David

| | |
|---|---|
| **From:** | Regina J. McClendon [rjm@severson.com] |
| **Sent:** | Thursday, June 16, 2005 12:50 PM |
| **To:** | Mark Fistos |
| **Cc:** | Kaplan, David |

**Subject:** Eversole v. EMC

Mark, I have not had a response from you to my letter of June 10 regarding the discovery served by Eversole. Please let me know your position with respect to the issues raised in my letter at your earliest convenience. Thank you.

*********************************************

Regina J. McClendon
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Direct Dial (415) 677-5602