UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
<u>CENTRAL DIVISION at LEXINGTON</u>

CIVIL ACTION NO. 05-124-KSF

KATRINA EVERSOLE, et al.                                                                                    PLAINTIFF

vs.                                             <u>**OPINION AND ORDER**</u>

EMC MORTGAGE CORPORATION                                                                       DEFENDANT

* * * * * * * *

This matter is before the Court on the issue of subject matter jurisdiction. Plaintiff invoked jurisdiction pursuant to 28 U.S.C. § 1332(d) relating to class actions. On May 29, 2007, this Court issued an Opinion and Order denying class certification [DE #79]. The Plaintiff was ordered to file a memorandum by June 7, 2007, in support of any jurisdiction the Court may now have in this matter. The time for briefing having passed and no memorandum in support of jurisdiction having been filed, the issue of jurisdiction is ripe for review.

It is the opinion of this Court that it now lacks subject matter jurisdiction over this action. Accordingly, **IT IS ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** and shall be **STRICKEN FROM THE DOCKET**; and

2. Defendant's Motion for Preliminary Injunction [DE #62] is **DENIED AS MOOT**.

This June 14, 2007.



Signed By:

<u>*Karl S. Forester*</u>  *KSF*
**United States Senior Judge**